IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TALEN MONTANA, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AVISTA CORPORATION;<br>NORTHWESTERN CORPORATION;<br>PACIFICORP; PORTLAND<br>GENERAL ELECTRIC COMPANY;<br>and PUGET SOUND ENERGY, INC.,<br><br>　　　　　Defendants. | CV 21-58-BLG-SPW-TJC<br><br>**ORDER** |

Defendant Northwestern Corporation ("Northwestern") moves for the admission of J. David Jackson to practice before this Court in this case with Stephen D. Bell to act as local counsel. Mr. Jackson's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Northwestern's motion to admit J. David Jackson pro hac vice is GRANTED on the condition that Mr. Jackson shall do his own work. This means that Mr. Jackson must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Jackson, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 24th day of May, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge