IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TALEN MONTANA, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AVISTA CORPORATION; NORTHWESTERN CORPORATION; PACIFICORP; PORTLAND GENERAL ELECTRIC COMPANY; and PUGET SOUND ENERGY, INC.,<br><br>　　　　　Defendants. | CV  21-58-BLG-SPW-TJC<br><br>**ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |

　　　Plaintiff has filed a Motion to Vacate the Preliminary Pretrial Conference in light of the pending Motion for Remand.  (Doc. 32.)  Defendants have not opposed the Motion.  Accordingly, IT IS HEREBY ORDERED that the Preliminary Pretrial Conference set for July 22, 2021 is VACATED.  The conference will be rescheduled following resolution of the Motion for Remand if necessary.

　　　DATED this 19th day of July, 2021.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge