IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TALEN MONTANA, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AVISTA CORPORATION;<br>NORTHWESTERN CORPORATION;<br>PACIFICORP; PORTLAND<br>GENERAL ELECTRIC COMPANY;<br>and PUGET SOUND ENERGY, INC.,<br><br>　　　　　　Defendants. | CV 21-58-BLG-SPW-TJC<br><br>**ORDER** |

　　　　Defendant Puget Sound Energy, Inc. moves for the admission of Jeffrey M. Hanson ("Applicant Attorney") to practice before this Court in this case with Charles E. Hansberry to act as local counsel.  (Doc. 47.)  The Applicant Attorney's application appears to be in order.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED on the condition that the Applicant Attorney shall do their own work. This means that the Applicant Attorney must write and sign their own pleadings, motions, and briefs, and appear and participate personally.   The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.  The Applicant Attorney may

move for the admission pro hac vice of one (1) associate of Applicant Attorney's firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as the Applicant Attorney.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless the Applicant Attorney, within fifteen (15) days of the date of this Order, files a pleading acknowledging admission under the terms set forth above.

DATED this 22nd day of July, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge