IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TALEN MONTANA, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AVISTA CORPORATION; NORTHWESTERN CORPORATION; PACIFICORP; PORTLAND GENERAL ELECTRIC COMPANY; and PUGET SOUND ENERGY, INC., <br><br> Defendants. | CV 21-58-BLG-SPW-TJC <br><br> **ORDER** |

    Defendant Portland General Electric Company moves for the admission of David B. Markowitz and Harry B. Wilson ("Applicant Attorneys") to practice before this Court in this case with Charles E. Hansberry to act as local counsel. (Docs. 45, 46.)  The Applicant Attorneys' applications appear to be in order.

    Accordingly, IT IS HEREBY ORDERED that Portland General's motions are GRANTED on the condition that the Applicant Attorneys shall do their own work.  This means that the Applicant Attorneys must write and sign their own pleadings, motions, and briefs, and appear and participate personally.  The Applicant Attorneys shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless the Applicant Attorneys, within fifteen (15) days of the date of this Order, file a pleading acknowledging their admission under the terms set forth above.

DATED this 22nd day of July, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge