# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| Talen Montana, LLC,<br><br>             Plaintiff,<br><br>v.<br><br>Avista Corporation; NorthWestern Corporation; PacifiCorp; Portland General Electric Company; and Puget Sound Energy, Inc.<br><br>             Defendants. | Case No. 1:21-CV-00058-SPW-TJC<br>(Removed from the Montana Thirteenth Judicial District Court, Yellowstone County, Cause No. DV-21-0511)<br><br>Order Granting Talen Montana's Unopposed Motion for Extension of Time to File Response to Objections to Findings and Recommendation of U.S. Magistrate Judge (Dkt. 56) |

Pursuant to Plaintiff Talen Montana's Unopposed Motion for Extension of Time to File Response to Objections to Findings and Recommendation of U.S. Magistrate Judge (Dkt. 59),

IT IS HEREBY ORDERED that:

Talen Montana is hereby granted an extension of time through **January 12, 2022** to file its response to the defendants' objections to the Findings and Recommendation of U.S. Magistrate Judge (Dkt. 56).

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 22nd day of December, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge